1  Robert W. Dickerson (State Bar No. 89367)
   rdickerson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street
3  Suite 3200
   Los Angeles, CA  90017
4  Telephone:   +1-213-629-2020
   Facsimile:    +1-213-612-2499
5
   Mark P. Wine (State Bar No. 189897)
6  mwine@orrick.com
   Benjamin S. Lin (State Bar No. 232735)
7  blin@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  4 Park Plaza, Suite 1600
   Irvine, CA  92614-2558
9  Telephone:   +1-949-567-6700
   Facsimile:    949-567 6710
10
   Attorneys for Defendants
11 STAMFORD TYRES INTERNATIONAL PTE LTD. and
   STAMFORD TIRES & WHEELS, INC., and
12 HANGZHOU ZHONGCE RUBBER CO., LTD.

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          SOUTHERN DIVISION

| | |
|---|---|
| YOKOHAMA RUBBER COMPANY LTD., a Japanese corporation, and YOKOHAMA TIRE CORPORATION, a California Corporation,<br><br>  Plaintiffs/Counterdefendants.<br>  v.<br>STAMFORD TYRES INTL. PTE LTD., a Singapore corporation, and STAMFORD TIRES & WHEELS, INC., a Florida corporation,<br><br>  Defendants/Counterclaimants. | Case No. SACV 07-0010 CJC MLGx)<br><br>**[~~PROPOSED~~] ORDER RE EXTENDING HEARING DATE RE YOKOHAMA'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hon. Cormac J. Carney |
| YOKOHAMA RUBBER COMPANY LTD., a Japanese corporation, and YOKOHAMA TIRE CORPORATION, a California Corporation,<br><br>  Plaintiffs/Counterdefendants,<br>  v.<br>HANGZHOU ZHONGCE RUBBER CO., LTD., a Chinese corporation,<br>  Defendant/Counterclaimant. | |

[PROPOSED] ORDER RE EXTENDING HEARING DATE
CASE NO. SACV 07-0010 CJC (MLGx)

LACA_2401095.1

The Court having considered the stipulation to extend hearing date re Yokohama's motion for judgment on the pleadings hereby ORDERS as follows:

1. The deadlines shall be as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Filing of Yokohama's motion for judgment on the pleadings | 1/25/10 | 1/25/10 |
| Opposition due | 2/1/10 | 2/8/10 |
| Reply due | 2/8/10 | 2/22/10 |
| **Hearing** | 2/22/10 | **3/8/10** |

2. Defendants shall produce their expert witnesses, Theodore Shooman on February 10, 2010, and Gary Bolden on February 24, 2010 for deposition in Los Angeles. Additionally, Defendant Hangzhou Zhongce Rubber Co., Ltd. ("Hangzhou") shall produce in Los Angeles Zheng Shibin, Xu Yu Ming, and appropriate Fed. R. Civ. P. 30(b)(6) witnesses competent to testify on the subjects of Plaintiffs' Rule 30(b)(6) deposition notice dated November 17, 2009. To the extent Hangzhou cannot arrange for visas for the witnesses and bring the witnesses to the United States before the currently scheduled discovery cut-off, Hangzhou shall produce the witnesses in Los Angeles at the earliest practical date and to the extent necessary, the discovery cut-off date shall be extended solely for the purpose

1  of taking the depositions of the Hangzhou witnesses.  To the extent not already
2  produced, Hangzhou shall produce to Plaintiffs all documents responsive to
3  Plaintiffs' document requests at least seven days before the earliest deposition of
4  Hangzhou's witnesses.

6  **IT IS SO ORDERED.**

8  Dated: February 4, 2010

_____
Hon. Cormac J. Carney
United States District Judge

13  OHS West:260815701.2
    20939-2001 BSL/BSL

- 2 -

[PROPOSED] ORDER RE EXTENDING HEARING DATE
CASE NO. SACV 07-0010 CJC (MLGx)

LACA_2401095.1